THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order reversed, without costs of appeal owing to the defendant's laches; and motion to amend granted upon defendant's stipulating that the date of issue shall remain as if no amendment were made and on payment of a full bill of taxable costs and disbursements. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Page, J., dissented.

WILLIAM H. GRIFFIN, Appellant, v. THE SUBMARINE FILM CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JACOB B. HIRSHFELD, Doing Business under the Trade Name and Style of J. B. HIRSHFELD & Co., Respondent, v. FULD & HATCH KNITTING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BESSIE M. FREMONT, Appellant, v. FRANCIS T. B. FREMONT, Respondent. — Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SIMON ETZKOWITZ, Respondent, v. AARON KOMMEL and Another, Doing Business under the Firm Name, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of BETHLEHEM STEEL COMPANY, a Foreign Corporation, to Continue a Mechanic's Lien against the Building and Appurtenances upon the Lot, Premises and Parcel of Land Known as No. 2524 Broadway, New York City, Respondent. BROADWAY-94TH ST. REALTY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

RICHARD D. WYCKOFF, Respondent, v. GUENTHER PUBLISHING COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.